Donald C. DALBOSCO, Petitioner,

v.

J.D. HUBBARD, II and Michael McGinnis, Respondents.

No. 95–0077.

Supreme Court of Texas.

May 11, 1995.

Joe G. Roady, Houston, for petitioner.

Paul J. McConnell, III, Ben A. Baring, Jr., Stephen C. Reid, III, Houston, for respondents.

PER CURIAM.

Petitioner's application for writ of error is denied. The Court neither approves nor disapproves of the court of appeals' discussion of the affirmative defense of justification, excuse or privilege to interfere. 888 S.W.2d 224, 229–30.